

1306 N. Broom Street, Suite 1
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

December 6, 2017

**VIA ELECTRONIC FILING**

Chief Judge Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *CryptoPeak Security, LLC v. 1-800 Contacts, Inc.*, Civil Case No. 1:17-cv-733; *CryptoPeak Security, LLC v. Advance Auto Parts, Inc.*, Civil Case No. 1:17-cv-738; *CryptoPeak Security, LLC v. Cabelas Inc.*, Civil Case No. 1:17-cv-739; *CryptoPeak Security, LLC v. Gamestop Corp.*, Civil Case No. 1:17-cv-741; *CryptoPeak Security, LLC v. Papa John's International Inc.*, Civil Case No. 1:17-cv-746; *CryptoPeak Security, LLC v. Tractor Supply Company*, Civil Case No. 1:17-cv-748-LPS-CJB; *CryptoPeak Security, LLC v. Jack Henry & Associates, Inc.*, Civil Case No. 1:17-cv-743-LPS-CJB

Dear Honorable Chief Judge Stark,

Plaintiff CryptoPeak Security, LLC ("CryptoPeak") submits this letter to inform the Court that on November 22, 2017, an IPR petition, IPR2018-00127, was filed on behalf of Petitioner Unified Patents Inc. with respect to U.S. Patent No. 6,202,150, which is the sole patent asserted by CryptoPeak in all the above referenced cases. CryptoPeak received notice about this IPR on November 27, 2017.

To the best of our knowledge, no notice of filing date has been accorded yet by the USPTO to the Petition. As the patent owner, CryptoPeak may file a Preliminary Response to this Petition no later than three months from the date that the USPTO provides such notice of filing date.

CryptoPeak will provide the Court with any further status updates as warranted.

Respectfully,

*/s/ James M. Lennon*
James M. Lennon

DEVLIN LAW FIRM
December 5, 2017
Page 2 of 2

DEVLIN LAW FIRM LLC
Timothy Devlin ((#4241)
James M. Lennon ((#4570)
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*
*CryptoPeak Security, LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on December 6, 2017.

                                         */s/ James M. Lennon*
                                         James M. Lennon