AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the District of Delaware____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>17-cv-741-LPS-CJB | DATE FILED<br>6/13/2017 | U.S. DISTRICT COURT<br>for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>CRYPTOPEAK SECURITY, LLC | | DEFENDANT<br>GAMESTOP CORPORATION | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  US 6,202,150 B1 | 3/13/2001 | CryptoPeak Security, LLC | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| JOINT STIPULATION OF DISMISSAL |

| CLERK<br>JOHN A. CERINO | (BY) DEPUTY CLERK | DATE<br>1/26/2018 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYPTOPEAK SECURITY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GAMESTOP CORP.,<br><br>    Defendant. | Civil Action No. 1:17-cv-741-LPS-CJB<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims asserted by the parties in the above-captioned action is hereby dismissed without prejudice, by agreement of the parties, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs, expenses and attorneys' fees.

DATED: December 14, 2017

| | |
|---|---|
| DEVLIN LAW FIRM LLC | FISH & RICHARDSON P.C |
| /s/ *Timothy Devlin* | /s/ *Jeremy D. Anderson* |
| Timothy Devlin (No. 4241) | Jeremy D. Anderson (#4515) |
| James A. Lennon (No. 4570) | 222 Delaware Avenue, 17th Floor |
| 1306 N. Broom Street, 1st Floor | P. O. Box 1114 |
| Wilmington, DE 19806 | Wilmington, DE 19899-1114 |
| (302) 449-9010 | (302) 652-5070 - Telephone |
| tdevlin@devlinlawfirm.com | janderson@fr.com |
| | |
| *Attorneys for Plaintiff* | Neil J. McNabnay |
| *CryptoPeak Security, LLC* | David B. Conrad |
| | Ricardo J. Bonilla |
| | Michael R. Ellis |
| | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| | (214) 747-5070 - Telephone |
| | mcnabnay@fr.com |
| | conrad@fr.com |
| | rbonilla@fr.com |
| | ellis@fr.com |
| | |
| | *Attorneys for Defendant* |
| | *GameStop Corp.* |

SO ORDERED THIS 15th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE